MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
KALAMA M. LUI-KWAN (State Bar No. 242121)
kml@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile:  (415) 956-0439

ERIC J. TROUTMAN (State Bar No. 229263)
ejt@severson.com
SEVERSON & WERSON
A Professional Corporation
19100 Von Karman Avenue, Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile:  (949) 442-7118

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADELINE MARTIN, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No.: 3:12-cv-06030-JCS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1(a))** |

WHEREAS, plaintiff Madeline Martin's ("Plaintiff") Proof of Service (Dkt. No. 5) indicates that Plaintiff served the summons and complaint in this matter ("Complaint") upon defendant Wells Fargo Bank, N.A. ("Wells Fargo") on December 4, 2012;

WHEREAS, Wells Fargo's current deadline to answer or otherwise respond to the Complaint is December 26, 2012;

WHEREAS, Wells Fargo has requested and Plaintiff has agreed to an extension of Wells Fargo's deadline to answer or otherwise respond to the Complaint until January 18, 2013; and

1     WHEREAS, the proposed extension will not alter the date of any event or any deadline
2 already fixed by Court order;
3     NOW THEREFOR, IT IS HEREBY STIPULATED by the parties hereto, through their
4 respective counsel, that the time for Wells Fargo to answer or otherwise respond to the Complaint
5 shall be extended until and including January 18, 2013.

7 DATED:  December 21, 2012        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

        By: _/s/ Daniel M. Hutchinson_
            Daniel M. Hutchinson

        Attorneys for Plaintiff
        MADELINE MARTIN

12 DATED:  December 21, 2012        SEVERSON & WERSON
        A Professional Corporation

        By: _/s/ Kalama M. Lui-Kwan_
            Kalama M. Lui-Kwan

        Attorneys for Defendant
        WELLS FARGO BANK, N.A.

17 <u>Filer's Attestation</u>: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest
18 under penalty of perjury that concurrence in the filing of the document has been obtained from
19 Daniel M. Hutchinson.

21 Dated: Jan. 2, 2013

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]