1  LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP
2  Jonathan D. Selbin (State Bar No. 170222)
   jselbin@lchb.com
3  Douglas Cuthbertson (admitted *pro hac vice*)
   dcuthbertson@lchb.com
4  250 Hudson Street, 8th Floor
   New York, NY  10013
5  Telephone:  (212) 355-9500
   Facsimile:  (212) 355-9592
6
   LIEFF, CABRASER, HEIMANN &
7  BERNSTEIN, LLP
   Daniel M. Hutchinson (State Bar No. 239458)
8  dhutchinson@lchb.com
   275 Battery Street, 29th Floor
9  San Francisco, California  94111-3339
   Telephone:  (415) 956-1000
10 Facsimile:  (415) 956-1008

11 HYDE & SWIGART
   Robert L. Hyde (State Bar No. 227183)
12 bob@westcostlitigation.com
   Joshua Swigart (State Bar No. 225557)
13 josh@westcoastlitigation.com
   411 Camino Del Rio South, Suite 301
14 San Diego, CA 92108-3551
   Telephone:  (619) 233-7770
15 Facsimile:  (619) 297-1022

MEYER WILSON CO., LPA
Matthew R. Wilson
(admitted *pro hac vice*)
mwilson@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone:  (614) 224-6000
Facsimile:  (614) 224-6066

KAZEROUNI LAW GROUP
Abbas Kazerounian (State Bar No. 249203)
ak@kazlg.com
S. Mohammad Kazerouni (State Bar No. 252835)
mike@kazlg.com
Assal Assassi (State Bar No. 274249)
assal@kazlg.com
2700 North Main Street, Suite 1000
Santa Ana, CA 92866
Telephone:  (800) 400-6806
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff and
the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| MADELINE MARTIN, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendants. | Case No. 3:12-cv-06030-SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S MOTION TO COMPEL ARBITRATION** |

1079087.1

STIP. AND [PROPOSED] ORDER TO EXTEND PLFF'S TIME TO
RESPOND TO DEFT'S MOT. TO COMPEL ARBITRATION
CASE NO. 3:12-CV-06030-SI

Plaintiff Madeline Martin ("Plaintiff") and defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on November 28, 2012, Plaintiff filed a Class Action Complaint (Dkt. No. 1);

WHEREAS, in response to Wells Fargo's request that Plaintiff provide Wells Fargo with her identifying information to locate her records, Plaintiff voluntarily provided her Wells Fargo account number and telephone number to Wells Fargo as a courtesy on December 4, 2012;

WHEREAS, on December 21, 2012, Plaintiff agreed to extend Wells Fargo's deadline to answer or otherwise respond to the Class Action Complaint from December 26, 2012 until January 18, 2013 (Dkt. No. 7);

WHEREAS , on January 18, 2013, Wells Fargo filed a motion to stay and dismiss this action and compel Plaintiff to arbitrate her claims as an individual (Dkt. No. 19) ("Motion to Compel Arbitration");

WHEREAS, Wells Fargo's Motion to Compel Arbitration is based on records it gathered using the telephone number that Plaintiff disclosed to it on December 4, 2012 and states, specifically, that calls to the number were made in connection with a business account maintained by Plaintiff containing an arbitration clause;

WHEREAS, on January 25, 2013, by letter, Plaintiff sought limited discovery from Wells Fargo in order to submit appropriate evidence to oppose Wells Fargo's motion to compel arbitration and identified a cellular telephone number to which Plaintiff alleges that Wells Fargo made automated calls;

WHEREAS, in an email dated January 30, 2013, Plaintiff clarified that the telephone number disclosed in the December 4, 2012 email was, in fact, not the cellular number at which she allegedly received automated telephone calls, but was instead a landline number to which Wells Fargo made automated calls; and

WHEREAS, on January 30, 2013, Wells Fargo advised Plaintiff that it drafted the Motion to Compel Arbitration on the assumption that the number at issue was the number she had disclosed in the December 4, 2012 email.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff, by their undersigned counsel, and Wells Fargo, by their undersigned counsel, that:

(1)     Wells Fargo's Motion to Compel Arbitration shall be and hereby is withdrawn without prejudice;

(2)     Wells Fargo may file an answer, amended motion to compel arbitration, or other response to the Class Action Complaint within 30 days of the Court's ruling on this Stipulation;

(3)     In the event Plaintiff determines that certain arbitration-related discovery is necessary after reviewing any amended motion to compel arbitration, she shall serve Wells Fargo with her proposed discovery within three days after Wells Fargo files any such amended motion, and Wells Fargo shall notify Plaintiff within seven days if it will stipulate to the proposed discovery;

(4)     If Wells Fargo stipulates to any or all of the proposed discovery, all briefing deadlines shall be postponed 60 days to permit appropriate discovery, and all related hearing dates shall be re-noticed accordingly; and

(5)     If Wells Fargo does not so stipulate to the proposed discovery: (a) Plaintiff may have up to 14 days to submit a motion seeking arbitration-related discovery, and (b) all briefing deadlines will be postponed indefinitely until the Court rules on Plaintiff's request.

Dated: February 1, 2013

By: _/s/ Jonathan D. Selbin_____
       Jonathan D. Selbin

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
Email:  jselbin@lchb.com
Douglas Cuthbertson
Email: dcuthbertson@lchb.com (admitted *pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

| | |
|---|---|
| 1 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| | Daniel M. Hutchinson (State Bar No. 239458) |
| 2 | Email:  dhutchinson@lchb.com |
| | 275 Battery Street, 29th Floor |
| 3 | San Francisco, California  94111-3339 |
| | Telephone:  (415) 956-1000 |
| 4 | Facsimile:  (415) 956-1008 |
| | |
| 5 | MEYER WILSON CO., LPA |
| | Matthew R. Wilson (admitted *pro hac vice*) |
| 6 | Email:  mwilson@meyerwilson.com |
| | 1320 Dublin Road, Ste. 100 |
| 7 | Columbus, Ohio 43215 |
| | Telephone:  (614) 224-6000 |
| 8 | Facsimile:  (614) 224-6066 |
| | |
| 9 | HYDE & SWIGART |
| | Robert L. Hyde (State Bar No. 227183) |
| 10 | bob@westcostlitigation.com |
| | Joshua Swigart (State Bar No. 225557) |
| 11 | josh@westcoastlitigation.com |
| | 411 Camino Del Rio South, Suite 301 |
| 12 | San Diego, CA 92108-3551 |
| | Telephone:  (619) 233-7770 |
| 13 | Facsimile:  (619) 297-1022 |
| | |
| 14 | KAZEROUNIAN LAW GROUP |
| | Abbas Kazerounian (State Bar No. 249203) |
| 15 | ak@kazlg.com |
| | S. Mohammad Kazerouni |
| 16 | mike@kazlg.com |
| | Assal Assassi (State Bar No. 252835) |
| 17 | assal@kazlg.com |
| | 2700 North Main Street, Suite 1000 |
| 18 | Santa Ana, CA 92866 |
| | Telephone:  (800) 400-6806 |
| 19 | Facsimile:  (800) 520-5523 |
| | |
| 20 | *Attorneys for Plaintiff Martin and the Proposed Class* |

21  Dated: February 1, 2013          By:  */s/ Kalama M. Lui-Kwan*
                                            Kalama M. Lui-Kwan

23  SEVERSON & WERSON
    A Professional Corporation
    Mark D. Lonergan (State Bar No. 143622)
24  mdl@severson.com
    Kalama M. Lui-Kwan (State Bar No. 242121)
25  kml@severson.com
    One Embarcadero Center, Suite 2600
26  San Francisco, CA  94111
    Telephone:  (415) 398-3344
27  Fasimile:  (415) 956-0439

28

1079087.1                          - 3 -          STIP. AND [PROPOSED] ORDER TO EXTEND PLFF'S TIME TO
                                                  RESPOND TO DEFT'S MOT. TO COMPEL ARBITRATION
                                                  CASE NO. 3:12-CV-06030-SI

SEVERSON & WERSON
A Professional Corporation
Eric J. Troutman (State Bar No. 229263)
ejt@severson.com
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

*Attorneys for Defendant Wells Fargo Bank*

### ATTESTATION

I, Daniel Hutchinson, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Kalama M. Lui-Kwan has concurred in this filing.

_/s/ Daniel M. Hutchinson_
Daniel M. Hutchinson

### ORDER

Pursuant to Stipulation, it is so ORDERED.

Dated: __2/5__, 2013

_____
SUSAN ILLSTON
United States District Judge