| | |
|---|---|
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Jonathan D. Selbin (State Bar No. 170222)<br>jselbin@lchb.com<br>Douglas Cuthbertson (admitted *pro hac vice*)<br>dcuthbertson@lchb.com<br>250 Hudson Street, 8th Floor<br>New York, NY  10013<br>Telephone:  (212) 355-9500<br>Facsimile:  (212) 355-9592<br><br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>Daniel M. Hutchinson (State Bar No. 239458)<br>dhutchinson@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, California  94111-3339<br>Telephone:  (415) 956-1000<br>Facsimile:  (415) 956-1008<br><br>HYDE & SWIGART<br>Robert L. Hyde (State Bar No. 227183)<br>bob@westcostlitigation.com<br>Joshua Swigart (State Bar No. 225557)<br>josh@westcoastlitigation.com<br>411 Camino Del Rio South, Suite 301<br>San Diego, CA 92108-3551<br>Telephone:  (619) 233-7770<br>Facsimile:  (619) 297-1022 | MEYER WILSON CO., LPA<br>Matthew R. Wilson<br>(admitted *pro hac vice*)<br>mwilson@meyerwilson.com<br>1320 Dublin Road, Ste. 100<br>Columbus, Ohio 43215<br>Telephone:  (614) 224-6000<br>Facsimile:  (614) 224-6066<br><br>KAZEROUNI LAW GROUP<br>Abbas Kazerounian (State Bar No. 249203)<br>ak@kazlg.com<br>S. Mohammad Kazerouni (State Bar No. 252835)<br>mike@kazlg.com<br>Assal Assassi (State Bar No. 274249)<br>assal@kazlg.com<br>2700 North Main Street, Suite 1000<br>Santa Ana, CA 92866<br>Telephone:  (800) 400-6806<br>Facsimile:  (800) 520-5523 |

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| MADELINE MARTIN, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendants. | Case No. 3:12-cv-06030-SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEFENDANT'S MOTION TO COMPEL ARBITRATION** |

1079087.1

STIP. AND [PROPOSED] ORDER TO EXTEND PLFF'S TIME TO
RESPOND TO DEFT'S MOT. TO COMPEL ARBITRATION
CASE NO. 3:12-CV-06030-SI

Plaintiff Madeline Martin ("Plaintiff") and defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on November 28, 2012, Plaintiff filed a Class Action Complaint (Dkt. No. 1);

WHEREAS, in response to Wells Fargo's request that Plaintiff provide Wells Fargo with her identifying information to locate her records, Plaintiff voluntarily provided her Wells Fargo account number and telephone number to Wells Fargo as a courtesy on December 4, 2012;

WHEREAS, on December 21, 2012, Plaintiff agreed to extend Wells Fargo's deadline to answer or otherwise respond to the Class Action Complaint from December 26, 2012 until January 18, 2013 (Dkt. No. 7);

WHEREAS, on January 18, 2013, Wells Fargo filed a motion to stay and dismiss this action and compel Plaintiff to arbitrate her claims as an individual (Dkt. No. 19) ("Motion to Compel Arbitration");

WHEREAS, Wells Fargo's Motion to Compel Arbitration is based on records it gathered using the telephone number that Plaintiff disclosed to it on December 4, 2012 and states, specifically, that calls to the number were made in connection with a business account maintained by Plaintiff containing an arbitration clause;

WHEREAS, on January 25, 2013, by letter, Plaintiff sought limited discovery from Wells Fargo in order to submit appropriate evidence to oppose Wells Fargo's motion to compel arbitration and identified a cellular telephone number to which Plaintiff alleges that Wells Fargo made automated calls;

WHEREAS, in an email dated January 30, 2013, Plaintiff clarified that the telephone number disclosed in the December 4, 2012 email was, in fact, not the cellular number at which she allegedly received automated telephone calls, but was instead a landline number to which Wells Fargo made automated calls; and

WHEREAS, on January 30, 2013, Wells Fargo advised Plaintiff that it drafted the Motion to Compel Arbitration on the assumption that the number at issue was the number she had disclosed in the December 4, 2012 email.

1   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff, by their undersigned counsel, and Wells Fargo, by their undersigned counsel, that:

(1) Wells Fargo's Motion to Compel Arbitration shall be and hereby is withdrawn without prejudice;

(2) Wells Fargo may file an answer, amended motion to compel arbitration, or other response to the Class Action Complaint within 30 days of the Court's ruling on this Stipulation;

(3) In the event Plaintiff determines that certain arbitration-related discovery is necessary after reviewing any amended motion to compel arbitration, she shall serve Wells Fargo with her proposed discovery within three days after Wells Fargo files any such amended motion, and Wells Fargo shall notify Plaintiff within seven days if it will stipulate to the proposed discovery;

(4) If Wells Fargo stipulates to any or all of the proposed discovery, all briefing deadlines shall be postponed 60 days to permit appropriate discovery, and all related hearing dates shall be re-noticed accordingly; and

(5) If Wells Fargo does not so stipulate to the proposed discovery: (a) Plaintiff may have up to 14 days to submit a motion seeking arbitration-related discovery, and (b) all briefing deadlines will be postponed indefinitely until the Court rules on Plaintiff's request.

Dated: February 1, 2013    By:  /s/ Jonathan D. Selbin
                                  Jonathan D. Selbin

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
Email:  jselbin@lchb.com
Douglas Cuthbertson
Email: dcuthbertson@lchb.com (admitted *pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

1079087.1    - 2 -    STIP. AND [PROPOSED] ORDER TO EXTEND PLFF'S TIME TO RESPOND TO DEFT'S MOT. TO COMPEL ARBITRATION
CASE NO. 3:12-CV-06030-SI

| | | |
|---|---|---|
| 1 | | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 2 | | Daniel M. Hutchinson (State Bar No. 239458) Email: dhutchinson@lchb.com |
| 3 | | 275 Battery Street, 29th Floor San Francisco, California 94111-3339 |
| 4 | | Telephone: (415) 956-1000 Facsimile: (415) 956-1008 |
| 5 | | MEYER WILSON CO., LPA |
| 6 | | Matthew R. Wilson (admitted *pro hac vice*) Email: mwilson@meyerwilson.com |
| 7 | | 1320 Dublin Road, Ste. 100 Columbus, Ohio 43215 |
| 8 | | Telephone: (614) 224-6000 Facsimile: (614) 224-6066 |
| 9 | | HYDE & SWIGART |
| 10 | | Robert L. Hyde (State Bar No. 227183) bob@westcostlitigation.com |
| 11 | | Joshua Swigart (State Bar No. 225557) josh@westcoastlitigation.com |
| 12 | | 411 Camino Del Rio South, Suite 301 San Diego, CA 92108-3551 |
| 13 | | Telephone: (619) 233-7770 Facsimile: (619) 297-1022 |
| 14 | | KAZEROUNIAN LAW GROUP |
| 15 | | Abbas Kazerounian (State Bar No. 249203) ak@kazlg.com |
| 16 | | S. Mohammad Kazerouni mike@kazlg.com |
| 17 | | Assal Assassi (State Bar No. 252835) assal@kazlg.com |
| 18 | | 2700 North Main Street, Suite 1000 Santa Ana, CA 92866 |
| 19 | | Telephone: (800) 400-6806 Facsimile: (800) 520-5523 |
| 20 | | *Attorneys for Plaintiff Martin and the Proposed Class* |
| 21 | Dated: February 1, 2013 | By:  /s/ Kalama M. Lui-Kwan        Kalama M. Lui-Kwan |
| 22 | | |
| 23 | | SEVERSON & WERSON A Professional Corporation |
| 24 | | Mark D. Lonergan (State Bar No. 143622) mdl@severson.com |
| 25 | | Kalama M. Lui-Kwan (State Bar No. 242121) kml@severson.com |
| 26 | | One Embarcadero Center, Suite 2600 San Francisco, CA 94111 |
| 27 | | Telephone: (415) 398-3344 Fasimile: (415) 956-0439 |
| 28 | | |

SEVERSON & WERSON
A Professional Corporation
Eric J. Troutman (State Bar No. 229263)
ejt@severson.com
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, CA  92612
Telephone:  (949) 442-7110
Facsimile:  (949) 442-7118

*Attorneys for Defendant Wells Fargo Bank*

## ATTESTATION

I, Daniel Hutchinson, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Kalama M. Lui-Kwan has concurred in this filing.

                     */s/ Daniel M. Hutchinson*
                       Daniel M. Hutchinson

## ORDER

Pursuant to Stipulation, it is so ORDERED.

Dated: __2/5_____, 2013       _____
                                     SUSAN ILLSTON
                                     United States District Judge