LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
jselbin@lchb.com
Douglas Cuthbertson (admitted *pro hac vice*)
dcuthbertson@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Daniel M. Hutchinson (State Bar No. 239458)
dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

HYDE & SWIGART
Robert L. Hyde (State Bar No. 227183)
bob@westcostlitigation.com
Joshua Swigart (State Bar No. 225557)
josh@westcoastlitigation.com
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

MEYER WILSON CO., LPA
Matthew R. Wilson
(admitted *pro hac vice*)
mwilson@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

KAZEROUNI LAW GROUP
Abbas Kazerounian (State Bar No. 249203)
ak@kazlg.com
S. Mohammad Kazerouni (State Bar No. 252835)
mike@kazlg.com
Assal Assassi (State Bar No. 274249)
assal@kazlg.com
2700 North Main Street, Suite 1000
Santa Ana, CA 92866
Telephone: (800) 400-6806
Facsimile: (800) 520-5523

*Attorneys for Plaintiff and
the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| MADELINE MARTIN, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>  Defendants. | Case No. 3:12-cv-06030-SI<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF THE CASE MANAGEMENT CONFERENCE** |

1   Pursuant to Local Rules 6-2 and 7-12, Plaintiff Madeline Martin ("Plaintiff") and
2   defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through their undersigned counsel, hereby
3   stipulate as follows:
4   WHEREAS, on November 28, 2012, Plaintiff filed a Class Action Complaint (Dkt.
5   No. 1);
6   WHEREAS, on December 21, 2012, Plaintiff agreed to extend Wells Fargo's deadline to
7   answer or otherwise respond to the Class Action Complaint from December 26, 2012 until
8   January 18, 2013 (Dkt. No. 7);
9   WHEREAS , on January 18, 2013, Wells Fargo filed a motion to stay and dismiss this
10  action and compel Plaintiff to arbitrate her claims as an individual (Dkt. No. 19) ("Motion to
11  Compel Arbitration");
12  WHEREAS, on February 1, 2013, Plaintiff and Wells Fargo filed a joint stipulation and
13  proposed order (Dkt No. 25) that stipulated and agreed, among other things, that (1) Wells
14  Fargo's Motion to Compel Arbitration should be withdrawn without prejudice; and that (2) Wells
15  Fargo may file an answer, amended motion to compel arbitration, or other response to the Class
16  Action Complaint within 30 days of the Court's ruling on the parties' Stipulation;
17  WHEREAS, on February 6, 2013, this Court entered an order pursuant to the parties'
18  stipulation (Dkt. No. 26);
19  WHEREAS, pursuant to the ADR Scheduling Order (Dkt. No. 3), a Case Management
20  Conference ("CMC") was set for March 1, 2013;
21  WHERAS, the parties agree that it would be more efficient to conduct the CMC after
22  Wells Fargo has filed its response to the Class Action Complaint;
23  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff,
24  by their undersigned counsel, and Wells Fargo, by their undersigned counsel, that the CMC
25  should be postponed from March 1, 2013 until April 5, 2013.
26
27
28

| | | |
|---|---|---|
| 1 | Dated: February 8, 2013 | By:  /s/ Jonathan D. Selbin |
| 2 | | Jonathan D. Selbin |
| 3 | | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| | | Jonathan D. Selbin (State Bar No. 170222) |
| 4 | | Email:  jselbin@lchb.com |
| | | Douglas Cuthbertson |
| 5 | | Email: dcuthbertson@lchb.com (admitted *pro hac vice*) |
| | | 250 Hudson Street, 8th Floor |
| 6 | | New York, NY  10013 |
| | | Telephone:  (212) 355-9500 |
| 7 | | Facsimile:  (212) 355-9592 |
| 8 | | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| | | Daniel M. Hutchinson (State Bar No. 239458) |
| 9 | | Email:  dhutchinson@lchb.com |
| | | 275 Battery Street, 29th Floor |
| 10 | | San Francisco, California  94111-3339 |
| | | Telephone:  (415) 956-1000 |
| 11 | | Facsimile:  (415) 956-1008 |
| 12 | | MEYER WILSON CO., LPA |
| | | Matthew R. Wilson (admitted *pro hac vice*) |
| 13 | | Email:  mwilson@meyerwilson.com |
| | | 1320 Dublin Road, Ste. 100 |
| 14 | | Columbus, Ohio 43215 |
| | | Telephone:  (614) 224-6000 |
| 15 | | Facsimile:  (614) 224-6066 |
| 16 | | HYDE & SWIGART |
| | | Robert L. Hyde (State Bar No. 227183) |
| 17 | | bob@westcostlitigation.com |
| | | Joshua Swigart (State Bar No. 225557) |
| 18 | | josh@westcoastlitigation.com |
| | | 411 Camino Del Rio South, Suite 301 |
| 19 | | San Diego, CA 92108-3551 |
| | | Telephone:  (619) 233-7770 |
| 20 | | Facsimile:  (619) 297-1022 |
| 21 | | KAZEROUNIAN LAW GROUP |
| | | Abbas Kazerounian (State Bar No. 249203) |
| 22 | | ak@kazlg.com |
| | | S. Mohammad Kazerouni |
| 23 | | mike@kazlg.com |
| | | Assal Assassi (State Bar No. 252835) |
| 24 | | assal@kazlg.com |
| | | 2700 North Main Street, Suite 1000 |
| 25 | | Santa Ana, CA 92866 |
| | | Telephone:  (800) 400-6806 |
| 26 | | Facsimile:  (800) 520-5523 |
| 27 | | *Attorneys for Plaintiff Martin and the Proposed Class* |
| 28 | | |

1080876.1 — - 2 - — STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF THE  CMC
CASE NO. 3:12-CV-06030-SI

| | | |
|---|---|---|
| 1 | Dated: February 8, 2013 | By:  /s/ Kalama M. Lui-Kwan  <br>       Kalama M. Lui-Kwan |

SEVERSON & WERSON
A Professional Corporation
Mark D. Lonergan (State Bar No. 143622)
mdl@severson.com
Kalama M. Lui-Kwan (State Bar No. 242121)
kml@severson.com
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Fasimile:  (415) 956-0439

SEVERSON & WERSON
A Professional Corporation
Eric J. Troutman (State Bar No. 229263)
ejt@severson.com
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, CA  92612
Telephone:  (949) 442-7110
Facsimile:  (949) 442-7118

*Attorneys for Defendant Wells Fargo Bank*

**ATTESTATION**

I, Daniel Hutchinson, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Kalama M. Lui-Kwan has concurred in this filing.

  /s/ Daniel M. Hutchinson  
       Daniel M. Hutchinson

**ORDER**

Pursuant to Stipulation, it is so ORDERED.

Dated: __2/13_____, 2013        _____
SUSAN ILLSTON
United States District Judge