LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
jselbin@lchb.com
Douglas Cuthbertson (admitted *pro hac vice*)
dcuthbertson@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Daniel M. Hutchinson (State Bar No. 239458)
dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

HYDE & SWIGART
Robert L. Hyde (State Bar No. 227183)
bob@westcostlitigation.com
Joshua Swigart (State Bar No. 225557)
josh@westcoastlitigation.com
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:  (619) 233-7770
Facsimile:  (619) 297-1022

MEYER WILSON CO., LPA
Matthew R. Wilson
(admitted *pro hac vice*)
mwilson@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone:  (614) 224-6000
Facsimile:  (614) 224-6066

KAZEROUNI LAW GROUP
Abbas Kazerounian (State Bar No. 249203)
ak@kazlg.com
S. Mohammad Kazerouni (State Bar No. 252835)
mike@kazlg.com
Assal Assassi (State Bar No. 274249)
assal@kazlg.com
2700 North Main Street, Suite 1000
Santa Ana, CA 92866
Telephone:  (800) 400-6806
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff and
the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| MADELINE MARTIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 3:12-cv-06030-SI<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF THE CASE MANAGEMENT CONFERENCE** |

1  Pursuant to Local Rules 6-2 and 7-12, Plaintiff Madeline Martin ("Plaintiff") and
2  defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through their undersigned counsel, hereby
3  stipulate as follows:
4  WHEREAS, on November 28, 2012, Plaintiff filed a Class Action Complaint (Dkt.
5  No. 1);
6  WHEREAS, on December 21, 2012, Plaintiff agreed to extend Wells Fargo's deadline to
7  answer or otherwise respond to the Class Action Complaint from December 26, 2012 until
8  January 18, 2013 (Dkt. No. 7);
9  WHEREAS , on January 18, 2013, Wells Fargo filed a motion to stay and dismiss this
10 action and compel Plaintiff to arbitrate her claims as an individual (Dkt. No. 19) ("Motion to
11 Compel Arbitration");
12 WHEREAS, on February 1, 2013, Plaintiff and Wells Fargo filed a joint stipulation and
13 proposed order (Dkt No. 25) that stipulated and agreed, among other things, that (1) Wells
14 Fargo's Motion to Compel Arbitration should be withdrawn without prejudice; and that (2) Wells
15 Fargo may file an answer, amended motion to compel arbitration, or other response to the Class
16 Action Complaint within 30 days of the Court's ruling on the parties' Stipulation;
17 WHEREAS, on February 6, 2013, this Court entered an order pursuant to the parties'
18 stipulation (Dkt. No. 26);
19 WHEREAS, pursuant to the ADR Scheduling Order (Dkt. No. 3), a Case Management
20 Conference ("CMC") was set for March 1, 2013;
21 WHERAS, the parties agree that it would be more efficient to conduct the CMC after
22 Wells Fargo has filed its response to the Class Action Complaint;
23 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff,
24 by their undersigned counsel, and Wells Fargo, by their undersigned counsel, that the CMC
25 should be postponed from March 1, 2013 until April 5, 2013.
26
27
28

| | | |
|---|---|---|
| 1 | Dated: February 8, 2013 | By:  /s/ Jonathan D. Selbin |
| 2 | | Jonathan D. Selbin |

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
Email:  jselbin@lchb.com
Douglas Cuthbertson
Email: dcuthbertson@lchb.com (admitted *pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson (State Bar No. 239458)
Email:  dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

MEYER WILSON CO., LPA
Matthew R. Wilson (admitted *pro hac vice*)
Email:  mwilson@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone:  (614) 224-6000
Facsimile:  (614) 224-6066

HYDE & SWIGART
Robert L. Hyde (State Bar No. 227183)
bob@westcostlitigation.com
Joshua Swigart (State Bar No. 225557)
josh@westcoastlitigation.com
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:  (619) 233-7770
Facsimile:  (619) 297-1022

KAZEROUNIAN LAW GROUP
Abbas Kazerounian (State Bar No. 249203)
ak@kazlg.com
S. Mohammad Kazerouni
mike@kazlg.com
Assal Assassi (State Bar No. 252835)
assal@kazlg.com
2700 North Main Street, Suite 1000
Santa Ana, CA 92866
Telephone:  (800) 400-6806
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff Martin and the Proposed Class*

| | |
|---|---|
| Dated: February 8, 2013 | By:  /s/ Kalama M. Lui-Kwan<br>Kalama M. Lui-Kwan |

SEVERSON & WERSON
A Professional Corporation
Mark D. Lonergan (State Bar No. 143622)
mdl@severson.com
Kalama M. Lui-Kwan (State Bar No. 242121)
kml@severson.com
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Fasimile:  (415) 956-0439

SEVERSON & WERSON
A Professional Corporation
Eric J. Troutman (State Bar No. 229263)
ejt@severson.com
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, CA  92612
Telephone:  (949) 442-7110
Facsimile:  (949) 442-7118

*Attorneys for Defendant Wells Fargo Bank*

**ATTESTATION**

I, Daniel Hutchinson, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Kalama M. Lui-Kwan has concurred in this filing.

  /s/ Daniel M. Hutchinson
Daniel M. Hutchinson

**ORDER**

Pursuant to Stipulation, it is so ORDERED.

Dated:  2/13 , 2013    _____
SUSAN ILLSTON
United States District Judge