LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
jselbin@lchb.com
Douglas Cuthbertson (admitted *pro hac vice*)
dcuthbertson@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Daniel M. Hutchinson (State Bar No. 239458)
dhutchinson@lchb.com
Nicole D. Reynolds (State Bar No. 246255)
nreynolds@lchb.com
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

HYDE & SWIGART
Robert L. Hyde (State Bar No. 227183)
bob@westcostlitigation.com
Joshua Swigart (State Bar No. 225557)
josh@westcoastlitigation.com
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:  (619) 233-7770
Facsimile:  (619) 297-1022

MEYER WILSON CO., LPA
Matthew R. Wilson
(admitted *pro hac vice*)
mwilson@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone:  (614) 224-6000
Facsimile:  (614) 224-6066

KAZEROUNI LAW GROUP
Abbas Kazerounian (State Bar No. 249203)
ak@kazlg.com
S. Mohammad Kazerouni (State Bar No. 252835)
mike@kazlg.com
Assal Assassi (State Bar No. 274249)
assal@kazlg.com
2700 North Main Street, Suite 1000
Santa Ana, CA 92866
Telephone:  (800) 400-6806
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff and
the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

MADELINE MARTIN, on behalf of
herself and all others similarly situated,

                    Plaintiff,

          v.

WELLS FARGO BANK, N.A.,

                    Defendants.

Case No. 3:12-cv-06030-SI

**STIPULATION AND [PROPOSED]
ORDER TO EXTEND TIME TO RESPOND
TO DEFENDANT'S MOTION TO
COMPEL ARBITRATION**

1079087.1

Stip. and [Proposed] Order to Extend Plff's Time to
Respond to Deft's Mot. to Compel Arbitration
Case No. 3:12-cv-06030-SI

1     Plaintiff Madeline Martin ("Plaintiff") and defendant Wells Fargo Bank, N.A. ("Wells

2  Fargo"), through their undersigned counsel, hereby stipulate as follows:

3     WHEREAS, on March 7, 2013, Wells Fargo filed a motion to stay and dismiss this action

4  and compel Plaintiff to arbitrate her claims as an individual (Dkt. No. 30) ("Motion to Compel

5  Arbitration");

6     WHEREAS, on March 11, 2013, pursuant to Stipulation and Order (Dkt. No. 26), Plaintiff

7  served 13 arbitration-related requests for production of documents ("RFPs") and seven

8  interrogatories ("ROGs"), and also proposed to depose the two Wells Fargo employees who

9  submitted declarations in support of the Motion to Compel Arbitration;

10    WHEREAS, the parties met and conferred regarding the arbitration related discovery and,

11  on April 1, 2013, filed a discovery dispute letter with the Court (Dkt. No. 36) ("Motion to Compel

12  Production");

13    WHEREAS, on April 2, 2013, the parties attended a case management conference and the

14  Court ordered that the hearing on the Motion to Compel Arbitration be continued to June 28,

15  2013, with Plaintiff's Opposition due on June 7, 2013 and Wells Fargo's Reply due on June 14,

16  2013 (Dkt. No. 37);

17    WHEREAS, on May 17, 2013, the Court ordered Wells Fargo to respond to certain

18  arbitration-related discovery, directed the parties to meet and confer to determine a deadline for

19  Wells Fargo's responses and dates for the depositions, and also provided that the parties could

20  submit, if necessary, a stipulation regarding a revised briefing schedule on the Motion to Compel

21  Arbitration (Dkt. No. 38) ("Order");

22    WHEREAS, Wells Fargo has not yet provided responses to the arbitration-related

23  discovery, but has agreed to do so as soon as practicable and by no later than the dates set forth

24  below;

25    WHEREAS, on June 3, 2013, Wells Fargo represented that the earliest dates the Wells

26  Fargo declarants are available for their depositions are July 9, 2013 and July 11, 2013.

27    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff,

28  by their undersigned counsel, and Wells Fargo, by their undersigned counsel, that:

STIP. AND [PROPOSED] ORDER TO EXTEND PLFF'S TIME TO
RESPOND TO DEFT'S MOT. TO COMPEL ARBITRATION
CASE NO. 3:12-CV-06030-SI

1          (1)      Wells Fargo shall produce all documents responsive to the RFPs as set forth in the

2    Order by June 18;

3          (2)      Wells Fargo shall produce all information responsive to the ROGs as set forth in

4    the Order by June 28;

5          (3)      The deadline for Plaintiff to file an opposition to Wells Fargo's Motion to Compel

6    Arbitration is continued to July 19.

7          (4)      The deadline for Wells Fargo to file a reply in support of its Motion to Compel

8    Arbitration is continued to July 31;

9          (5)      The hearing on Wells Fargo's Motion to Compel Arbitration is continued to Friday

10   August 16 at 9:00 a.m., or as soon thereafter as the Court is available.

11

12   Dated: June 6, 2013                    By:    _Jonathan D. Selbin_____

13                                                  Jonathan D. Selbin

14                                          LIEFF, CABRASER, HEIMANN &
                                            BERNSTEIN, LLP
15                                          Jonathan D. Selbin (State Bar No. 170222)
                                            Email:  jselbin@lchb.com
16                                          Douglas Cuthbertson
                                            Email: dcuthbertson@lchb.com (admitted *pro hac vice*)
17                                          250 Hudson Street, 8th Floor
                                            New York, NY  10013
18                                          Telephone:  (212) 355-9500
                                            Facsimile:  (212) 355-9592

19                                          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
20                                          Daniel M. Hutchinson (State Bar No. 239458)
                                            Email:  dhutchinson@lchb.com
21                                          Nicole D. Reynolds (State Bar No. 246255)
                                            Email: nreynolds@lchb.com
22                                          275 Battery Street, 29th Floor
                                            San Francisco, California  94111-3339
23                                          Telephone:  (415) 956-1000
                                            Facsimile:  (415) 956-1008

24                                          MEYER WILSON CO., LPA
                                            Matthew R. Wilson (admitted *pro hac vice*)
25                                          Email:  mwilson@meyerwilson.com
                                            1320 Dublin Road, Ste. 100
26                                          Columbus, Ohio 43215
                                            Telephone:  (614) 224-6000
27                                          Facsimile:  (614) 224-6066

28

1   HYDE & SWIGART
    Robert L. Hyde (State Bar No. 227183)
2   bob@westcostlitigation.com
    Joshua Swigart (State Bar No. 225557)
3   josh@westcoastlitigation.com
    411 Camino Del Rio South, Suite 301
4   San Diego, CA 92108-3551
    Telephone:  (619) 233-7770
5   Facsimile:  (619) 297-1022

6   KAZEROUNIAN LAW GROUP
    Abbas Kazerounian (State Bar No. 249203)
7   ak@kazlg.com
    S. Mohammad Kazerouni
8   mike@kazlg.com
    Assal Assassi (State Bar No. 252835)
9   assal@kazlg.com
    2700 North Main Street, Suite 1000
10  Santa Ana, CA 92866
    Telephone:  (800) 400-6806
11  Facsimile:  (800) 520-5523

12  *Attorneys for Plaintiff Martin and the Proposed Class*

13  Dated: June 6, 2013      By:    *Kalama M. Lui-Kwan*
                                    Kalama M. Lui-Kwan
14
    SEVERSON & WERSON
15  A Professional Corporation
    Mark D. Lonergan (State Bar No. 143622)
16  mdl@severson.com
    Kalama M. Lui-Kwan (State Bar No. 242121)
17  kml@severson.com
    One Embarcadero Center, Suite 2600
18  San Francisco, CA  94111
    Telephone:  (415) 398-3344
19  Fasimile:  (415) 956-0439

20  SEVERSON & WERSON
    A Professional Corporation
21  Eric J. Troutman (State Bar No. 229263)
    ejt@severson.com
22  The Atrium
    19100 Von Karman Avenue, Suite 700
23  Irvine, CA  92612
    Telephone:  (949) 442-7110
24  Facsimile:  (949) 442-7118

25  *Attorneys for Defendant Wells Fargo Bank*

26

27

28

1079087.1                  - 3 -        Stip. and [Proposed] Order to Extend Plff's Time to
                                        Respond to Deft's Mot. to Compel Arbitration
                                        Case No. 3:12-cv-06030-SI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Jonathan D. Selbin, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Kalama M. Lui-Kwan has concurred in this filing.

*Jonathan D. Selbin*
Jonathan D. Selbin

**<u>ORDER</u>**

Pursuant to Stipulation, it is so ORDERED.

Dated: ___6/11___, 2013

SUSAN ILLSTON
United States District Judge