LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
jselbin@lchb.com
Douglas Cuthbertson (admitted *pro hac vice*)
dcuthbertson@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Daniel M. Hutchinson (State Bar No. 239458)
dhutchinson@lchb.com
Nicole D. Reynolds (State Bar No. 246255)
nreynolds@lchb.com
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

HYDE & SWIGART
Robert L. Hyde (State Bar No. 227183)
bob@westcostlitigation.com
Joshua Swigart (State Bar No. 225557)
josh@westcoastlitigation.com
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

MEYER WILSON CO., LPA
Matthew R. Wilson
(admitted *pro hac vice*)
mwilson@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

KAZEROUNI LAW GROUP
Abbas Kazerounian (State Bar No. 249203)
ak@kazlg.com
S. Mohammad Kazerouni (State Bar No. 252835)
mike@kazlg.com
Assal Assassi (State Bar No. 274249)
assal@kazlg.com
2700 North Main Street, Suite 1000
Santa Ana, CA 92866
Telephone: (800) 400-6806
Facsimile: (800) 520-5523

*Attorneys for Plaintiff and
the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| MADELINE MARTIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 3:12-cv-06030-SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO COMPEL ARBITRATION** |

1079087.1

STIP. AND [PROPOSED] ORDER TO EXTEND PLFF'S TIME TO
RESPOND TO DEFT'S MOT. TO COMPEL ARBITRATION
CASE NO. 3:12-CV-06030-SI

1     Plaintiff Madeline Martin ("Plaintiff") and defendant Wells Fargo Bank, N.A. ("Wells

2    Fargo"), through their undersigned counsel, hereby stipulate as follows:

3        WHEREAS, on March 7, 2013, Wells Fargo filed a motion to stay and dismiss this action

4    and compel Plaintiff to arbitrate her claims as an individual (Dkt. No. 30) ("Motion to Compel

5    Arbitration");

6        WHEREAS, on March 11, 2013, pursuant to Stipulation and Order (Dkt. No. 26), Plaintiff

7    served 13 arbitration-related requests for production of documents ("RFPs") and seven

8    interrogatories ("ROGs"), and also proposed to depose the two Wells Fargo employees who

9    submitted declarations in support of the Motion to Compel Arbitration;

10        WHEREAS, the parties met and conferred regarding the arbitration related discovery and,

11   on April 1, 2013, filed a discovery dispute letter with the Court (Dkt. No. 36) ("Motion to Compel

12   Production");

13        WHEREAS, on April 2, 2013, the parties attended a case management conference and the

14   Court ordered that the hearing on the Motion to Compel Arbitration be continued to June 28,

15   2013, with Plaintiff's Opposition due on June 7, 2013 and Wells Fargo's Reply due on June 14,

16   2013 (Dkt. No. 37);

17        WHEREAS, on May 17, 2013, the Court ordered Wells Fargo to respond to certain

18   arbitration-related discovery, directed the parties to meet and confer to determine a deadline for

19   Wells Fargo's responses and dates for the depositions, and also provided that the parties could

20   submit, if necessary, a stipulation regarding a revised briefing schedule on the Motion to Compel

21   Arbitration (Dkt. No. 38) ("Order");

22        WHEREAS, Wells Fargo has not yet provided responses to the arbitration-related

23   discovery, but has agreed to do so as soon as practicable and by no later than the dates set forth

24   below;

25        WHEREAS, on June 3, 2013, Wells Fargo represented that the earliest dates the Wells

26   Fargo declarants are available for their depositions are July 9, 2013 and July 11, 2013.

27        NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff,

28   by their undersigned counsel, and Wells Fargo, by their undersigned counsel, that:

1        (1)     Wells Fargo shall produce all documents responsive to the RFPs as set forth in the

2   Order by June 18;

3        (2)     Wells Fargo shall produce all information responsive to the ROGs as set forth in

4   the Order by June 28;

5        (3)     The deadline for Plaintiff to file an opposition to Wells Fargo's Motion to Compel

6   Arbitration is continued to July 19.

7        (4)     The deadline for Wells Fargo to file a reply in support of its Motion to Compel

8   Arbitration is continued to July 31;

9        (5)     The hearing on Wells Fargo's Motion to Compel Arbitration is continued to Friday

10  August 16 at 9:00 a.m., or as soon thereafter as the Court is available.

11

12  Dated: June 6, 2013                    By:    *Jonathan D. Selbin*
                                                  Jonathan D. Selbin
13

14                                         LIEFF, CABRASER, HEIMANN &
                                           BERNSTEIN, LLP
15                                         Jonathan D. Selbin (State Bar No. 170222)
                                           Email:  jselbin@lchb.com
16                                         Douglas Cuthbertson
                                           Email: dcuthbertson@lchb.com (admitted *pro hac vice*)
17                                         250 Hudson Street, 8th Floor
                                           New York, NY  10013
18                                         Telephone:  (212) 355-9500
                                           Facsimile:  (212) 355-9592

19                                         LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
20                                         Daniel M. Hutchinson (State Bar No. 239458)
                                           Email:  dhutchinson@lchb.com
21                                         Nicole D. Reynolds (State Bar No. 246255)
                                           Email: nreynolds@lchb.com
22                                         275 Battery Street, 29th Floor
                                           San Francisco, California  94111-3339
23                                         Telephone:  (415) 956-1000
                                           Facsimile:  (415) 956-1008

24                                         MEYER WILSON CO., LPA
                                           Matthew R. Wilson (admitted *pro hac vice*)
25                                         Email:  mwilson@meyerwilson.com
                                           1320 Dublin Road, Ste. 100
26                                         Columbus, Ohio 43215
                                           Telephone:  (614) 224-6000
27                                         Facsimile:  (614) 224-6066

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HYDE & SWIGART
Robert L. Hyde (State Bar No. 227183)
bob@westcostlitigation.com
Joshua Swigart (State Bar No. 225557)
josh@westcoastlitigation.com
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:  (619) 233-7770
Facsimile:  (619) 297-1022

KAZEROUNIAN LAW GROUP
Abbas Kazerounian (State Bar No. 249203)
ak@kazlg.com
S. Mohammad Kazerouni
mike@kazlg.com
Assal Assassi (State Bar No. 252835)
assal@kazlg.com
2700 North Main Street, Suite 1000
Santa Ana, CA 92866
Telephone:  (800) 400-6806
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff Martin and the Proposed Class*

Dated: June 6, 2013            By:   *Kalama M. Lui-Kwan*
                                        Kalama M. Lui-Kwan

SEVERSON & WERSON
A Professional Corporation
Mark D. Lonergan (State Bar No. 143622)
mdl@severson.com
Kalama M. Lui-Kwan (State Bar No. 242121)
kml@severson.com
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Fasimile:  (415) 956-0439

SEVERSON & WERSON
A Professional Corporation
Eric J. Troutman (State Bar No. 229263)
ejt@severson.com
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, CA  92612
Telephone:  (949) 442-7110
Facsimile:  (949) 442-7118

*Attorneys for Defendant Wells Fargo Bank*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Jonathan D. Selbin, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Kalama M. Lui-Kwan has concurred in this filing.

*Jonathan D. Selbin*
Jonathan D. Selbin

**<u>ORDER</u>**

Pursuant to Stipulation, it is so ORDERED.

Dated: __6/11_____, 2013

SUSAN ILLSTON
United States District Judge

- 4 -