LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
jselbin@lchb.com
Douglas Cuthbertson (admitted *pro hac vice*)
dcuthbertson@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Daniel M. Hutchinson (State Bar No. 239458)
dhutchinson@lchb.com
Nicole D. Reynolds (State Bar No. 246255)
nreynolds@lchb.com
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

HYDE & SWIGART
Robert L. Hyde (State Bar No. 227183)
bob@westcostlitigation.com
Joshua Swigart (State Bar No. 225557)
josh@westcoastlitigation.com
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:  (619) 233-7770
Facsimile:  (619) 297-1022

MEYER WILSON CO., LPA
Matthew R. Wilson
(admitted *pro hac vice*)
mwilson@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone:  (614) 224-6000
Facsimile:  (614) 224-6066

KAZEROUNI LAW GROUP
Abbas Kazerounian (State Bar No. 249203)
ak@kazlg.com
S. Mohammad Kazerouni (State Bar No. 252835)
mike@kazlg.com
Assal Assassi (State Bar No. 274249)
assal@kazlg.com
2700 North Main Street, Suite 1000
Santa Ana, CA 92866
Telephone:  (800) 400-6806
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff and
the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| MADELINE MARTIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 3:12-cv-06030-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO COMPEL ARBITRATION** |

1079087.1

STIP. AND [PROPOSED] ORDER TO EXTEND PLFF'S TIME TO
RESPOND TO DEFT'S MOT. TO COMPEL ARBITRATION
CASE NO. 3:12-CV-06030-SI

1  Plaintiff Madeline Martin ("Plaintiff") and defendant Wells Fargo Bank, N.A. ("Wells
2  Fargo"), through their undersigned counsel, hereby stipulate as follows:
3  WHEREAS, on March 7, 2013, Wells Fargo filed a motion to stay and dismiss this action
4  and compel Plaintiff to arbitrate her claims as an individual (Dkt. No. 30) ("Motion to Compel
5  Arbitration");
6  WHEREAS, on March 11, 2013, pursuant to Stipulation and Order (Dkt. No. 26), Plaintiff
7  served 13 arbitration-related requests for production of documents ("RFPs") and seven
8  interrogatories ("ROGs"), and also proposed to depose the two Wells Fargo employees who
9  submitted declarations in support of the Motion to Compel Arbitration;
10 WHEREAS, the parties met and conferred regarding the arbitration related discovery and,
11 on April 1, 2013, filed a discovery dispute letter with the Court (Dkt. No. 36) ("Motion to Compel
12 Production");
13 WHEREAS, on April 2, 2013, the parties attended a case management conference and the
14 Court ordered that the hearing on the Motion to Compel Arbitration be continued to June 28,
15 2013, with Plaintiff's Opposition due on June 7, 2013 and Wells Fargo's Reply due on June 14,
16 2013 (Dkt. No. 37);
17 WHEREAS, on May 17, 2013, the Court ordered Wells Fargo to respond to certain
18 arbitration-related discovery, directed the parties to meet and confer to determine a deadline for
19 Wells Fargo's responses and dates for the depositions, and also provided that the parties could
20 submit, if necessary, a stipulation regarding a revised briefing schedule on the Motion to Compel
21 Arbitration (Dkt. No. 38) ("Order");
22 WHEREAS, Wells Fargo has not yet provided responses to the arbitration-related
23 discovery, but has agreed to do so as soon as practicable and by no later than the dates set forth
24 below;
25 WHEREAS, on June 3, 2013, Wells Fargo represented that the earliest dates the Wells
26 Fargo declarants are available for their depositions are July 9, 2013 and July 11, 2013.
27 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff,
28 by their undersigned counsel, and Wells Fargo, by their undersigned counsel, that:

(1) Wells Fargo shall produce all documents responsive to the RFPs as set forth in the Order by June 18;

(2) Wells Fargo shall produce all information responsive to the ROGs as set forth in the Order by June 28;

(3) The deadline for Plaintiff to file an opposition to Wells Fargo's Motion to Compel Arbitration is continued to July 19.

(4) The deadline for Wells Fargo to file a reply in support of its Motion to Compel Arbitration is continued to July 31;

(5) The hearing on Wells Fargo's Motion to Compel Arbitration is continued to Friday August 16 at 9:00 a.m., or as soon thereafter as the Court is available.

Dated: June 6, 2013                    By:   *Jonathan D. Selbin*
                                             Jonathan D. Selbin

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
Email: jselbin@lchb.com
Douglas Cuthbertson
Email: dcuthbertson@lchb.com (admitted *pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson (State Bar No. 239458)
Email: dhutchinson@lchb.com
Nicole D. Reynolds (State Bar No. 246255)
Email: nreynolds@lchb.com
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

MEYER WILSON CO., LPA
Matthew R. Wilson (admitted *pro hac vice*)
Email:  mwilson@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone:  (614) 224-6000
Facsimile:  (614) 224-6066

|   |   |
|---|---|
| 1 | HYDE & SWIGART |
| 2 | Robert L. Hyde (State Bar No. 227183)<br>bob@westcostlitigation.com |
| 3 | Joshua Swigart (State Bar No. 225557)<br>josh@westcoastlitigation.com |
| 4 | 411 Camino Del Rio South, Suite 301<br>San Diego, CA 92108-3551 |
| 5 | Telephone: (619) 233-7770<br>Facsimile: (619) 297-1022 |

```
                    HYDE & SWIGART
                    Robert L. Hyde (State Bar No. 227183)
                    bob@westcostlitigation.com
                    Joshua Swigart (State Bar No. 225557)
                    josh@westcoastlitigation.com
                    411 Camino Del Rio South, Suite 301
                    San Diego, CA 92108-3551
                    Telephone: (619) 233-7770
                    Facsimile: (619) 297-1022

                    KAZEROUNIAN LAW GROUP
                    Abbas Kazerounian (State Bar No. 249203)
                    ak@kazlg.com
                    S. Mohammad Kazerouni
                    mike@kazlg.com
                    Assal Assassi (State Bar No. 252835)
                    assal@kazlg.com
                    2700 North Main Street, Suite 1000
                    Santa Ana, CA 92866
                    Telephone: (800) 400-6806
                    Facsimile: (800) 520-5523

                    Attorneys for Plaintiff Martin and the Proposed Class

Dated: June 6, 2013        By:   Kalama M. Lui-Kwan
                                 Kalama M. Lui-Kwan

                    SEVERSON & WERSON
                    A Professional Corporation
                    Mark D. Lonergan (State Bar No. 143622)
                    mdl@severson.com
                    Kalama M. Lui-Kwan (State Bar No. 242121)
                    kml@severson.com
                    One Embarcadero Center, Suite 2600
                    San Francisco, CA  94111
                    Telephone: (415) 398-3344
                    Fasimile: (415) 956-0439

                    SEVERSON & WERSON
                    A Professional Corporation
                    Eric J. Troutman (State Bar No. 229263)
                    ejt@severson.com
                    The Atrium
                    19100 Von Karman Avenue, Suite 700
                    Irvine, CA  92612
                    Telephone: (949) 442-7110
                    Facsimile: (949) 442-7118

                    Attorneys for Defendant Wells Fargo Bank
```

**ATTESTATION**

I, Jonathan D. Selbin, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Kalama M. Lui-Kwan has concurred in this filing.

*Jonathan D. Selbin*
Jonathan D. Selbin

**ORDER**

Pursuant to Stipulation, it is so ORDERED.

Dated: 6/11, 2013

SUSAN ILLSTON
United States District Judge