IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MADELINE MARTIN,

        Plaintiff,

  v.

WELLS FARGO BANK, N.A.,

        Defendant.

No. C 12-06030 SI

**ORDER DENYING MOTION FOR STATUS CONFERENCE**

    Defendant Wells Fargo has filed an administrative motion for a status conference so that the Court may consider its compliance with the Court's May 17, 2013 Order on Motion to Compel. Although plaintiff does not oppose the request for a status conference, plaintiff evidently does contend that Wells Fargo has failed properly to comply with the Court's Order.

    Defendant's request stems from its effort to comply with two interrogatories. Defendant asserts that it has spent considerable time and effort complying with plaintiff's request, yet plaintiff believes that defendant's responses are non-responsive. *See* Dkt. 47 at 2. In essence, the parties wish to sidestep the Court's Standing Order on discovery disputes in favor of an impromptu status conference. The Court's Standing Order outlines a clear procedure, including a letter brief, for how such disputes are handled. Accordingly, defendant's motion is DENIED and the parties are directed to the Court's Standing Order for further information on discovery disputes.

**IT IS SO ORDERED.**

Dated: July 2 , 2013

SUSAN ILLSTON
United States District Judge