MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
KALAMA M. LUI-KWAN (State Bar No. 242121)
kml@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:   (415) 398-3344
Facsimile:   (415) 956-0439

ERIC J. TROUTMAN (State Bar No. 229263)
ejt@severson.com
SEVERSON & WERSON
A Professional Corporation
19100 Von Karman Avenue, Suite 700
Irvine, CA 92612
Telephone:   (949) 442-7110
Facsimile:   (949) 442-7118

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADELINE MARTIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No.: 3:12-cv-06030-JCS<br><br>**STIPULATION REGARDING CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE**<br><br>**(L.R. 7-12)** |

WHEREAS, the Court has set a further case management conference for March 21, 2014 (Dkt. No. 89);

WHEREAS, lead counsel for Wells Fargo Bank, N.A. is unavailable on March 21, 2014;

WHEREAS, the parties have conferred on the scheduling of the case management conference, and have agreed on a brief continuance of the conference subject to the Court's approval;

1  NOW THEREFOR, IT IS HEREBY STIPULATED AND REQUESTED by the parties

2  hereto, through their respective counsel, that the Court continue the further case management

3  conference from March 21, 2014 to ~~March 28~~ April 4, 2014 at 3:00 p.m., or to another date and time

4  convenient for the Court.

7  DATED:  February 6, 2014            SEVERSON & WERSON
                                        A Professional Corporation

9                                       By:    /s/ *Kalama M. Lui-Kwan*
                                                 Kalama M. Lui-Kwan

                                        Attorneys for Defendant WELLS FARGO BANK, N.A.

11 DATED:  February 6, 2014            LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

13                                      By:    /s/ *Daniel M. Hutchinson*
                                                 Daniel M. Hutchinson

                                        Attorneys for Plaintiff MADELINE MARTIN

   I, Kalama M. Lui-Kwan, am the ECF user whose identification and password are being

used to file this Stipulation.  I hereby attest that Daniel M. Hutchinson has concurred in this

filing.

                    /s/ *Kalama M. Lui-Kwan*



IT IS SO ORDERED

Judge Susan Illston