1  LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP
2  Jonathan D. Selbin (State Bar No. 170222)
   jselbin@lchb.com
3  250 Hudson Street, 8th Floor
   New York, NY  10013
4  Telephone:  (212) 355-9500
   Facsimile:  (212) 355-9592
5
   LIEFF, CABRASER, HEIMANN &
6  BERNSTEIN, LLP
   Daniel M. Hutchinson (State Bar No. 239458)
7  dhutchinson@lchb.com
   Nicole D. Sugnet (State Bar No. 246255)
8  nsugnet@lchb.com
   275 Battery Street, 29th Floor
9  San Francisco, California  94111-3339
   Telephone:  (415) 956-1000
10 Facsimile:  (415) 956-1008

11 HYDE & SWIGART
   Robert L. Hyde (State Bar No. 227183)
12 bob@westcostlitigation.com
   Joshua Swigart (State Bar No. 225557)
13 josh@westcoastlitigation.com
   411 Camino Del Rio South, Suite 301
14 San Diego, CA 92108-3551
   Telephone:  (619) 233-7770
15 Facsimile:  (619) 297-1022

16
   *Attorneys for Plaintiff and*
17 *the Proposed Class*

MEYER WILSON CO., LPA
Matthew R. Wilson (State Bar No. 290473)
mwilson@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone:  (614) 224-6000
Facsimile:  (614) 224-6066

KAZEROUNI LAW GROUP
Abbas Kazerounian (State Bar No. 249203)
ak@kazlg.com
S. Mohammad Kazerouni (State Bar No. 252835)
mike@kazlg.com
Assal Assassi (State Bar No. 274249)
assal@kazlg.com
2700 North Main Street, Suite 1000
Santa Ana, CA 92866
Telephone:  (800) 400-6806
Facsimile:  (800) 520-5523

18                UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
19              SAN FRANCISCO / OAKLAND DIVISION

20

21 MADELINE MARTIN, on behalf of
   herself and all others similarly situated,
22
                                              Case No. 3:12-cv-06030-SI
23              Plaintiff,
                                              **STIPULATION OF DISMISSAL AND**
24      v.                                    ~~**PROPOSED ORDER**~~

25 WELLS FARGO BANK, N.A.,

26              Defendant.

27

28

07685.1202/3186433.1

1167831.2

STIPULATION OF DISMISSAL
CASE No. 3:12-cv-06030-SI

1    **IT IS HEREBY STIPULATED AND AGREED,** pursuant to Rule 41(a)(1)(A)(ii) of the

2    Federal Rules of Civil Procedure, by and between the undersigned attorneys for Plaintiff

3    Madeline Martin and Defendant Wells Fargo Bank, N.A., that the above-captioned action is

4    hereby dismissed in its entirety, with prejudice as to the claims of Ms. Martin and without

5    prejudice as to the claims of class members, with each party to bear their own costs.

6

7    Dated: April 4, 2014                         By:   */s/ Daniel M. Hutchinson*
                                                        Daniel M. Hutchinson
8

9                                                 LIEFF, CABRASER, HEIMANN &
                                                  BERNSTEIN, LLP
10                                                Jonathan D. Selbin (State Bar No. 170222)
                                                  Email:  jselbin@lchb.com
11                                                250 Hudson Street, 8th Floor
                                                  New York, NY  10013
12                                                Telephone:  (212) 355-9500
                                                  Facsimile:  (212) 355-9592
13
                                                  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
14                                                Daniel M. Hutchinson (State Bar No. 239458)
                                                  Email:  dhutchinson@lchb.com
15                                                Nicole D. Sugnet(State Bar No. 246255)
                                                  Email: nsugnet@lchb.com
16                                                275 Battery Street, 29th Floor
                                                  San Francisco, California  94111-3339
17                                                Telephone:  (415) 956-1000
                                                  Facsimile:  (415) 956-1008
18
                                                  MEYER WILSON CO., LPA
19                                                Matthew R. Wilson (State Bar No. 290473)
                                                  Email:  mwilson@meyerwilson.com
20                                                1320 Dublin Road, Ste. 100
                                                  Columbus, Ohio 43215
21                                                Telephone:  (614) 224-6000
                                                  Facsimile:  (614) 224-6066
22
                                                  HYDE & SWIGART
23                                                Robert L. Hyde (State Bar No. 227183)
                                                  bob@westcostlitigation.com
24                                                Joshua Swigart (State Bar No. 225557)
                                                  josh@westcoastlitigation.com
25                                                411 Camino Del Rio South, Suite 301
                                                  San Diego, CA 92108-3551
26                                                Telephone:  (619) 233-7770
                                                  Facsimile:  (619) 297-1022
27

28

1
2
3
4
5
6

KAZEROUNIAN LAW GROUP
Abbas Kazerounian (State Bar No. 249203)
ak@kazlg.com
S. Mohammad Kazerouni
mike@kazlg.com
Assal Assassi (State Bar No. 252835)
assal@kazlg.com
2700 North Main Street, Suite 1000
Santa Ana, CA 92866
Telephone:  (800) 400-6806
Facsimile:  (800) 520-5523

7

*Attorneys for Plaintiff Martin and the Proposed Class*

8

Dated: April 4, 2014          By:   */s/ Eric J. Troutman*

9
10
11
12
13
14

SEVERSON & WERSON
A Professional Corporation
Mark D. Lonergan (State Bar No. 143622)
mdl@severson.com
Kalama M. Lui-Kwan (State Bar No. 242121)
kml@severson.com
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Fasimile:  (415) 956-0439

15
16
17
18
19

SEVERSON & WERSON
A Professional Corporation
Eric J. Troutman (State Bar No. 229263)
ejt@severson.com
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, CA  92612
Telephone:  (949) 442-7110
Facsimile:  (949) 442-7118

20

*Attorneys for Defendant Wells Fargo Bank, N.A.*

21
22

**ATTESTATION**

23
24
25

I, Daniel M. Hutchinson, am the ECF user whose identification and password are being used to file this Stipulation of Dismissal.  I hereby attest that Eric J. Troutman has concurred in this filing.

26
27
28

*/s/ Daniel M. Hutchinson*
Daniel M. Hutchinson

1

2
**IT IS SO ORDERED.**

3

4
DATED: _____4/4_____, 2014

5
_____
The Honorable Susan Illston

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28